# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Mag. No. 08-104-R |
| ALAN E. SCHOPPEE, | ) |
| | ) |
| Defendant. | ) |

## SPEEDY TRIAL ORDER

Upon the motion of the Government for a continuance of the date by which this case must be presented to the grand jury for indictment, and upon the representations that the parties are currently negotiating a disposition of this matter, and upon the representation that the Defendant has no objection to the requested continuance and agrees to the Speedy Trial exclusion, it is found that:

The United States would, in the absence of a Speedy Trial exclusion, be required to present this matter to the grand jury for an indictment by October 16, 2008;

After full consideration of the representations of the parties in this case and after full consideration of the record in this case, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(8)(B), the Court can and does find that the ends of justice served by such an enlargement of time outweigh the interests of the public and of the Defendant in a speedy and public trial.

**IT IS HEREBY ORDERED THAT:**

1. The Government's Motion is hereby **GRANTED**.

2.     The time period between October 16, 2008 and November 15, 2008 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161.

**SO ORDERED.**

Dated at Portland, Maine, this 14th day of October, 2008.

/s/  John H. Rich III
John H. Rich III
United States Magistrate Judge
